**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6375**

─────────────

MICHAEL R. MCCREIGHT, SR.,

Plaintiff - Appellant,

versus

P. DOUGLAS TAYLOR, Warden; MICHAEL SOSO, Ser-
geant; LIEUTENANT FELDOR; ALL UNKNOWN PERSONS,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (CA-97-1658)

─────────────

Submitted:  July 8, 1999          Decided:  July 14, 1999

─────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael R. McCreight, Sr., Appellant Pro Se.  Jennifer Elaine Duty,
BOGOSLOW & JONES, Walterboro, South Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael McCreight, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McCreight v. Taylor</u>, No. CA-97-1658 (D.S.C. Sept. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2